IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BECKLEY

**MATTHEW LAMAR ANTHONY,**

    Petitioner,

v.                              CIVIL ACTION NO. 5:04-0721
                                  CRIMINAL NO. 5:03-0088

**UNITED STATES OF AMERICA,**

    Respondent.

### AMENDED[1] JUDGMENT ORDER

In accord with the Memorandum Opinion submitted herewith, the court hereby:

1. **VACATES** the Standing Order (Doc. No. 116) referring this case to the magistrate judge as to this case only;

2. **DISMISSES** petitioner's motion to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody pursuant to 28 U.S.C. § 2255 (Doc. No. 114); and

3. **DIRECTS** the Clerk to remove this action from the court's active docket and to send a copy of this Judgment Order to all counsel of record and to the petitioner, pro se.

It is **SO ORDERED** this 8th day of December, 2006.

                                            ENTER:

                                            David A. Faber
                                            Chief Judge

---

[1] The earlier order was dated incorrectly.